**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Northern District of Georgia

Case number *(if known)*:

# 25-50676

Chapter you are filing under:

- [x] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

Filed in U.S. Bankruptcy Court
Northern District of Georgia
Vania S. Allen, Clerk

JAN 22 2025    3:19 pm

By: _____
Deputy Clerk

- [ ] Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy    06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | MICHELLEI<br>First name<br><br>Middle name<br><br>CEPHUS<br>Last name<br><br>Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name<br><br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | First name<br><br>Middle name<br><br>Last name<br><br>Business name (if applicable) | First name<br><br>Middle name<br><br>Last name<br><br>Business name (if applicable) |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | XXX – XX – 9981 | XXX – XX – |

| Debtor 1 | MICHELLEI | | CEPHUS | Case number (*if known*) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|

**4. Your Employer Identification Number (EIN), if any.**

EIN _____

EIN _____

**5. Where you live**

2115 PIEDMONT RD NE
Number       Street

104C

ATLANTA                    GA      30324
City                              State    ZIP Code

FULTON-GA
County

**If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.**

505 AMBERGATE COURT
Number       Street

P.O. Box

ROSWELL                    GA      30076
City                              State    ZIP Code

**If Debtor 2 lives at a different address:**

Number       Street

City                              State    ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address.**

Number       Street

P.O. Box

City                              State    ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

Check one:

- [x] Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

- [ ] I have another reason. Explain. (See 28 U.S.C. § 1408.)

Check one:

- [ ] Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

- [ ] I have another reason. Explain. (See 28 U.S.C. § 1408.)

| Debtor 1 | MICHELLEI | | CEPHUS | Case number (*if known*) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☑ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ☑ No.
- ☐ Yes. District _____ When _____ Case Number _____
  MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☑ No.
- ☐ Yes. Debtor _____ Relationship to you _____
  District _____ When _____ Case Number, if known _____
  MM / DD / YYYY

**11. Do you rent your residence?**

- ☐ No. Go to line 12
- ☑ Yes. Has your landlord obtained an eviction judgment against you?

  - ☑ No   No. Go to line 12
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

Debtor 1    MICHELLEI                    CEPHUS                    Case number (*if known*) _____

First Name    Middle Name    Last Name

## Part 3:    Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____
Number    Street

_____

_____
City                    State    ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor?***

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

## Part 4:    Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☐ No.

☑ Yes.    What is the hazard?    NEEDS URGENT ELECTRICAL AND PLUMBING REPAIRS.
_____

If immediate attention is needed, why is it needed?    NONWORKING PLUMBING AND ELECTRICAL
_____

Where is the property?    505 AMBERGATE COURT
_____
Number    Street

_____

ROSWELL                    GA    30076
_____
City                    State    ZIP Code

| Debtor 1 | MICHELLE I | | CEPHUS | Case number (*if known*) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 5:    Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

- [x] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

  Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

- [ ] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

  Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any

- [ ] **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

  To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

  Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

  Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

- [ ] **I am not required to receive a briefing about credit counseling because of:**

  - [ ] **Incapacity.** I have a mental illness or a mental deficiency that makes meincapable of realizing or making rational decisions about finances.

  - [ ] **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  - [ ] **Active duty.** I am currently on active military duty in a military combat zone.

  If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

- [ ] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

  Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

- [ ] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

  Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any

- [ ] **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

  To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

  Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

  Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

- [ ] **I am not required to receive a briefing about credit counseling because of:**

  - [ ] **Incapacity.** I have a mental illness or a mental deficiency that makes meincapable of realizing or making rational decisions about finances.

  - [ ] **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  - [ ] **Active duty.** I am currently on active military duty in a military combat zone.

  If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    MICHELLEI                    CEPHUS                          Case number (*if known*) _____
           First Name    Middle Name    Last Name

| **Part 6:** | **Answer These Questions for Reporting Purposes** |

**16.** **What kind of debts do you have?**

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☑ Yes. Go to line 17

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or the investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17

**16c.** State the type of debts you owe that are not consumer debts or business debts.

_____

**17.** **Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ No. I am not filing under Chapter 7. Go to line 18

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No
☐ Yes

**18.** **How many creditors do you estimate that you owe?**

☐ 1-49                ☐ 1,000-5,000           ☐ 25,001-50,000
☑ 50-99               ☐ 5,001-10,000          ☐ 50,001-100,000
☐ 100-199             ☐ 10,001-25,000         ☐ More than 100,000
☐ 200-999

**19.** **How much do you estimate your assets to be worth?**

☑ $0-$50,000          ☐ $1,000,001-$10 million    ☐ $500,000,001-$1 billion
☐ $50,001-$100,000    ☐ $10,000,001-$50 million   ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000   ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million ☐ $100,000,001-$500 million ☐ More than $50 billion

**20.** **How much do you estimate your liabilities to be?**

☐ $0-$50,000          ☐ $1,000,001-$10 million    ☐ $500,000,001-$1 billion
☐ $50,001-$100,000    ☐ $10,000,001-$50 million   ☐ $1,000,000,001-$10 billion
☑ $100,001-$500,000   ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million ☐ $100,000,001-$500 million ☐ More than $50 billion

| **Part 7:** | **Sign Below** |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X *Michellei Cephus*                    X _____
Signature of Debtor 1                       Signature of Debtor 2

Executed on  01/22/2025                     Executed on _____
            MM / DD / YYYY                              MM / DD / YYYY

Debtor 1    MICHELLEI                    CEPHUS                    Case number (*if known*) _____

First Name    Middle Name    Last Name

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X** _____    Date _____

Signature of Attorney for Debtor                    MM / DD / YYYY

_____
Printed name

_____
Firm name

_____
Number    Street

_____    _____    _____
City                    State    ZIP Code

Contact phone _____    Email address _____

_____    _____
Bar number                    State

---

Debtor 1    MICHELLEI _____ CEPHUS _____    Case number (*if known*) _____
     First Name     Middle Name     Last Name

| | |
|---|---|
| **For you if you are filing this bankruptcy without an attorney**<br><br>**If you are represented by an attorney, you do not need to file this page.** | The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**<br><br>To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.<br><br>You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**<br><br>If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply. |

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No
☑ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?

☑ No
☐ Yes.  Name of Person _____

    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

X _Michellei Cephus_    X _____
    Signature of Debtor 1                Signature of Debtor 2

Date    01/22/2025          Date _____
        MM / DD / YYYY                MM / DD / YYYY

Contact phone   310-849-2920        Contact phone _____

Cell phone   310-849-2920           Cell phone _____

Email address  michelleicephus@aol.com    Email address _____

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | MICHELLEI | | CEPHUS |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Northern District of Georgia | | |
| Case number | | | |
| (If known) | | | |

☐ Check if this is an amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy

04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   ☐ Married
   ☑ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   ☑ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| | From _____ | | From _____ |
| Number   Street | To _____ | Number   Street | To _____ |
| City         State   ZIP Code | | City         State   ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| | From _____ | | From _____ |
| Number   Street | To _____ | Number   Street | To _____ |
| City         State   ZIP Code | | City         State   ZIP Code | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1    MICHELLEI                    CEPHUS                                    Case number (*if known*) _____
             First Name     Middle Name      Last Name

---

| **Part 2:** | **Explain the Sources of Your Income** |
|---|---|

**4.** **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☑ No
☐ Yes. Fill in the details.

| | Debtor 1: | | Debtor 2: | |
|---|---|---|---|---|
| | **Source of Income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Source of Income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | $ _____ | ☐ Wages, commissions, bonuses, tips | $ _____ |
| | ☐ Operating Business | | ☐ Operating Business | |
| **For last calendar year:**<br>(January 1 to December 31, _____ )<br>YYYY | ☐ Wages, commissions, bonuses, tips | $ _____ | ☐ Wages, commissions, bonuses, tips | $ _____ |
| | ☐ Operating Business | | ☐ Operating Business | |
| **For last calendar year before that:**<br>(January 1 to December 31, _____ )<br>YYYY | ☐ Wages, commissions, bonuses, tips | $ _____ | ☐ Wages, commissions, bonuses, tips | $ _____ |
| | ☐ Operating Business | | ☐ Operating Business | |

**5.** **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☑ No
☐ Yes. Fill in the details.

| | Debtor 1: | | Debtor 2: | |
|---|---|---|---|---|
| | **Source of Income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Source of Income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | _____ | $ _____ | _____ | $ _____ |
| | _____ | $ _____ | _____ | $ _____ |
| | _____ | $ _____ | _____ | $ _____ |
| **For last calendar year:**<br>(January 1 to December 31, _____ )<br>YYYY | _____ | $ _____ | _____ | $ _____ |
| | _____ | $ _____ | _____ | $ _____ |
| | _____ | $ _____ | _____ | $ _____ |
| **For the calendar year before that:**<br>(January 1 to December 31, _____ )<br>YYYY | _____ | $ _____ | _____ | $ _____ |
| | _____ | $ _____ | _____ | $ _____ |
| | _____ | $ _____ | _____ | $ _____ |

| Debtor 1 | MICHELLEI | | CEPHUS | Case number (*if known*) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ **No.** **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| | | $ | $ | ☐ Mortgage |
| Creditor's Name | | | | ☐ Car |
| | | | | ☐ Credit Card |
| Number     Street | | | | ☐ Loan Repayment |
| | | | | ☐ Suppliers or vendors |
| | | | | ☐ Other |
| City          State   ZIP Code | | | | |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony

☑ No.
☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| | | $ | $ | |
| Insider's Name | | | | |
| | | | | |
| Number     Street | | | | |
| | | | | |
| City          State   ZIP Code | | | | |

Debtor 1    MICHELLEI                        CEPHUS                                    Case number (*if known*) _____

First Name        Middle Name        Last Name

---

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    ☑ No.

    ☐ Yes. List all payments that benefited an insider

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| Insider's Name | _____ | $ _____ | $ _____ | |
| Number    Street | | | | |
| City    State    ZIP Code | | | | |

---

Debtor 1    MICHELLEI                    CEPHUS                         Case number (*if known*) _____
        First Name    Middle Name    Last Name

---

| **Part 4:** | **Identify Legal Actions, Repossessions, and Foreclosures** |

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title  BARE VS CEPHUS | CIVIL | SUPERIOR COURT OF LOS ANGELES COUNTY<br>Court Name<br>111 N HILL STREET<br>Number    Street<br><br>LOS ANGELES    CA    90012<br>City    State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number  21STLCV01780 | | | |

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title  GRANT VS CEPHUS | CIVIL | SUPERIOR COURT OF LOS ANGELES COUNTY<br>Court Name<br>275 MAGNOLIA AVE<br>Number    Street<br><br>LONG BEACH    CA    90802<br>City    State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case number  20LBPT00214 | | | |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.
☐ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| _____<br>Creditor's Name | | _____ | $ _____ |
| _____<br>Number    Street | **Explain what happened**<br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | | |
| _____<br>City    State    ZIP Code | | | |

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

---

Debtor 1    MICHELLEI                                    CEPHUS                              Case number (*if known*) _____
       First Name        Middle Name        Last Name

|  | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name |  |  | $ |
| Number    Street |  |  |  |
| City    State    ZIP Code | Last 4 digits of account number: XXXX– _____ |  |  |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

## Part 5:    List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift |  |  | $ |
| Number    Street |  |  |  |
| City    State    ZIP Code |  |  |  |
| Person's relationship to you |  |  |  |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|

Debtor 1    MICHELLEI _____ CEPHUS _____      Case number (*if known*) _____
           First Name      Middle Name      Last Name

---

Charity's Name _____

Number    Street _____

_____

City _____ State ___ ZIP Code

$ _____

---

## Part 6:    List Certain Losses

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | $ _____ |

---

## Part 7:    List Certain Payments or Transfers

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| | | | $ _____ |

Person Who Was Paid _____

Number    Street _____

_____

City _____ State ___ ZIP Code

Email or website address _____

Person Who Made the Payment, If Not You _____

---

Debtor 1   MICHELLEI                CEPHUS                                    Case number (*if known*) _____
_____   _____   _____
First Name      Middle Name       Last Name

---

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| | | | |
| Person Who Was Paid | | | $ _____ |
| | | | |
| Number    Street | | | |
| | | | |
| City              State   ZIP Code | | | |

---

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| | | | |
| Person Who Received Transfer | | | |
| | | | |
| Number    Street | | | |
| | | | |
| City              State   ZIP Code | | | |
| Person's relationship to you | | | |

---

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

☑ No
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| | | |
| Name of trust | | |

---

Debtor 1    MICHELLEI                     CEPHUS
     First Name     Middle Name     Last Name

Case number (*if known*) _____

| **Part 8:** | **List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units** |
|---|---|

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

|  | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| _____<br>Name of Financial Institution<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City          State    ZIP Code | XXXX– _____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | $ _____ |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

|  | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| _____<br>Name of Financial Institution<br><br>_____<br>Number    Street<br><br>_____<br>City          State    ZIP Code | _____<br>Name<br><br>_____<br>Number    Street<br><br>_____<br>City          State    ZIP Code |  | ☐ No<br>☐ Yes |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ No
☑ Yes. Fill in the details.

|  | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| EXTRA SPACE STORAGE<br>Name of Storage Facility<br><br>1115 HOPE STREET<br>Number    Street<br><br>SANDY SPRINGS    GA    30350 | _____<br>Name<br><br>_____<br>Number    Street | FURNITURE, CLOTHING. | ☐ No<br>☑ Yes |

Debtor 1  MICHELLEI       CEPHUS         Case number (*if known*) _____

First Name      Middle Name      Last Name

| City | State | ZIP Code | City | State | ZIP Code | | |
|---|---|---|---|---|---|---|---|

## Part 9:   Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

- [✓] No
- [ ] Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Owner's Name | | | $ _____ |
| Number   Street | Number   Street | | |
| City   State   ZIP Code | City   State   ZIP Code | | |

## Part 10:   Give Details About Environmental Information

For the purpose of Part 10, the following terms apply:

- ▪ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- ▪ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- ▪ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

- [✓] No
- [ ] Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number   Street | Number   Street | | |
| City   State   ZIP Code | City   State   ZIP Code | | |

| Debtor 1 | MICHELLEI | | CEPHUS | Case number (*if known*) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | _____ |
| Number    Street | Number    Street | | |
| | | | |
| City    State    ZIP Code | City    State    ZIP Code | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title | Court Name | | ☐ Pending |
| | | | ☐ On appeal |
| Case number | Number    Street | | ☐ Concluded |
| | | | |
| | City    State    ZIP Code | | |

---

**Part 11:    Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☑ No. None of the above applies. Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| Business Name | | EIN: _____ |
| Number    Street | | |

---

Debtor 1   MICHELLEI _____ CEPHUS _____        Case number (*if known*) _____
         First Name    Middle Name              Last Name

| | Name of accountant or bookkeeper | Dates business existed |
|---|---|---|
| _____ | | From _____ To _____ |
| City        State    ZIP Code | | |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No

☐ Yes. Fill in the details below.

Date issued

_____                    _____
Name                               MM / DD / YYYY

_____
Number    Street

_____

_____
City                State    ZIP Code

---

**Part 12:   Sign Below**

I have read the answers on this Statement of Financial Affairs and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _Michellei Cephus_                     X _____
Signature of Debtor 1                     Signature of Debtor 2

Date _01/22/2025_                         Date _____

**Did you attach additional pages to Your Statement of Financial Affairs for Individuals Filing for Bankruptcy (Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of Person _____ . Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | MICHELLEI | | CEPHUS |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Northern District of Georgia | | |
| Case number (If known) | | | |

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

   | | |
   |---|---|
   | 505 AMBERGATE COURT | **What is the property?** Check all that apply. |
   | Street address, if available, or other description | ☒ Single-family home |
   | | ☐ Duplex or multi-unit building |
   | | ☐ Condominium or cooperative |
   | | ☐ Manufactured or mobile home |
   | ROSWELL          GA          30076 | ☐ Land |
   | City            State      ZIP Code | ☐ Investment property |
   | FULTON | ☐ Timeshare |
   | County | ☐ Other |

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   | Current value of the entire property? | Current value of the portion you own? |
   |---|---|
   | $289,500 | $323,000 |

   **Who has an interest in the property?** Check one.
   ☒ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   **Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

   ☐ Check if this is community property (see instructions)

   **Other information you wish to add about this item, such as local property identification number:**

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. ..................................................➔  $ _____

**Part 2:    Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles
   ☑ No
   ☐ Yes

Debtor 1    MICHELLEI _____ CEPHUS _____    Case number *(if known)* _____
     First Name       Middle Name      Last Name

---

Make: _____

Model _____

Year: _____

Approximate mileage: _____

Other information:

[ ]

**Who has an interest in the property?** Check one.

[ ] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another

[ ] **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$ _____    $ _____

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

[x] No
[ ] Yes

Make: _____

Model _____

Year: _____

Other information:

[ ]

**Who has an interest in the property?** Check one.

[ ] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another

[ ] **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$ _____    $ _____

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.** ................................................................ ➔    $ _____ 0.00

Debtor 1    MICHELLEI    CEPHUS    Case number (*if known*) _____
    First Name    Middle Name    Last Name

| Part 3: | Describe Your Personal and Household Items |
|---|---|

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe. ....... | WASHER AND DRYER, REFRIGERATOR, ELECTRICAL WATER HEATER, HEATING AND A/C UNIT | $ 4,500.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes. Describe. ....... | MACBOOK AIR COMPUTER, 55' TELEVISION, 50' TELEVISION, HP PRINTER, IPHONE 12 PRO MAX, IPHONE 12 PRO | $ 3,500.00

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☑ No
   ☐ Yes. Describe. ....... | | $ _____

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☑ No
   ☐ Yes. Describe. ....... | | $ _____

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes. Describe. ....... | | $ _____

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe. ....... | DESIGNER HANDBAGS, CHRISTIAN DIOR, LOUIS VUITTON, GUCCI, CHRISTIAN LOUBOUTIN SHOES, GUCCI SHOES, YSL SHOES, NIKE TENNIS SHOES. | $ 5,000.00

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☑ Yes. Describe. ....... | COSTUME JEWELRY | $ 250.00

Debtor 1   MICHELLEI                    CEPHUS                               Case number (*if known*) _____
    First Name          Middle Name        Last Name

---

13. **Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No

☑ Yes. Describe. ....... | MINIATURE SCHNAEUZER | $ _____ 500.00

14. **Any other personal and household items you did not already list, including any health aids you did not list**

☑ No

☐ Yes. Give specific
    information. .......... | | $ _____

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
for Part 3. Write that number here.** ....................................................................................... ➜ | $ _____ 13,750.00

| Debtor 1 | MICHELLEI | | CEPHUS | | Case number (*if known*) | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

---

| Part 4: | Describe Your Financial Assets |
|---|---|

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No
☐ Yes ................................................................................................................. Cash: ................  $ _____

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☑ No
☐ Yes.....................        Institution name:

_____  $ _____

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes.....................        Institution or issuer name:

_____  $ _____

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes. Give specific
information about
them .....................        Name of entity:                                    % of ownership:

_____  0 %   $ _____

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific
information about
them .....................        Issuer name:

_____  $ _____

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each
account separately.   Type of account:          Institution name:

_____  $ _____

---

Debtor 1    MICHELLE    CEPHUS    Case number (*if known*) _____

First Name    Middle Name    Last Name

---

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No

☐ Yes...........................    Institution name or individual:

_____    $ _____

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes...........................    Issuer name and description:

_____    $ _____

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes...........................    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

_____    $ _____

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Give specific
information about them .....    [                    ]    $ _____

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific
information about them .....    [                    ]    $ _____

**27. Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes. Give specific
information about them .....    [                    ]    $ _____

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**

☑ No

☐ Yes. Give specific information
about them, including whether
you already filed the returns
and the tax years. ....................    [                    ]

Federal:    $ _____

State:    $ _____

Local:    $ _____

Debtor 1    MICHELLEI                    CEPHUS                                    Case number (*if known*) _____
      First Name      Middle Name      Last Name

---

**29. Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information. ........

| | |
|---|---|
| Alimony: | $ _____ |
| Maintenance: | $ _____ |
| Support | $ _____ |
| Divorce Settlement: | $ _____ |
| Property Settlement: | $ _____ |

**30. Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information. ........     $ _____

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No

☐ Yes. Name the insurance company of each policy and list its value. ....   Company name: _____   Beneficiary: _____   $ _____

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information. ........     $ _____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No

☑ Yes. Give specific information. ........   VIOLATION OF 14TH AMENDMENT RIGHTS   $ _____ 0.00

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☐ No

☑ Yes. Give specific information. ........   LEGAL MALPRACTICE   $ _____ 0.00

**35. Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information. ........     $ _____

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here ....................................................................... →   $ _____ 0.00

---

Debtor 1    MICHELLEI _____ CEPHUS _____    Case number (*if known*) _____
     First Name     Middle Name     Last Name

---

**Part 5:**     **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**
- [x] No. Go to Part 6.
- [ ] Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
- [ ] No
- [ ] Yes. Describe ....... [_____]  $ _____

39. **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
- [ ] No
- [ ] Yes. Describe ....... [_____]  $ _____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
- [ ] No
- [ ] Yes. Describe ....... [_____]  $ _____

41. **Inventory**
- [ ] No
- [ ] Yes. Describe ....... [_____]  $ _____

42. **Interests in partnerships or joint ventures**
- [ ] No
- [ ] Yes. Describe ....... Name of entity: _____    % of ownership: 0 %    $ _____

43. **Customer lists, mailing lists, or other compilations**
- [ ] No
- [ ] Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?
  - [ ] No
  - [ ] Yes. Describe ....... [_____]  $ _____

44. **Any business-related property you did not already list**
- [ ] No
- [ ] Yes. Give specific information ...........  _____  $ _____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ................................................................→  $ _____ 0.00

---

Debtor 1    MICHELLEI          CEPHUS                                    Case number (*if known*) _____
            First Name    Middle Name    Last Name

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
- [✓] No. Go to Part 7.
- [ ] Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
*Examples:* Livestock, poultry, farm-raised fish
- [ ] No
- [ ] Yes ..................... $ _____

48. **Crops—either growing or harvested**
- [ ] No
- [ ] Yes. Give specific information .......... $ _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
- [ ] No
- [ ] Yes ..................... $ _____

50. **Farm and fishing supplies, chemicals, and feed**
- [ ] No
- [ ] Yes ..................... $ _____

51. **Any farm- and commercial fishing-related property you did not already list**
- [ ] No
- [ ] Yes. Give specific information .......... $ _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ............................................................. → $ _____

Debtor 1    MICHELLEI            CEPHUS                        Case number (*if known*) _____
_____    _____    _____
First Name    Middle Name    Last Name

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific
    information .......... $ _____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................➔ $ _____0.00

| **Part 8:** | **List the Totals of Each Part of this Form** |

55. **Part 1: Total real estate, line 2** ..................................................................................➔ $ _____

56. **Part 2: Total vehicles, line 5** $ _____0.00

57. **Part 3: Total personal and household items, line 15** $ ____13,750.00

58. **Part 4: Total financial assets, line 36** $ _____0.00

59. **Part 5: Total business-related property, line 45** $ _____0.00

60. **Part 6: Total farm- and fishing-related property, line 52** $ _____

61. **Part 7: Total other property not listed, line 54** +$ _____0.00

62. **Total personal property. Add lines 56 through 61.** .......... $ ____13,750.00    Copy personal property total ➔ +$ ____13,750.00

63. **Total of all property on Schedule A/B. Add line 55 + line 62.** ........................................................... $ ____13,750.00

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | MICHELLEI | | CEPHUS |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Northern District of Georgia | | |
| Case number (If known) | | | |

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own? Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: _____ Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____ ☐ 100% of fair market value, up to any applicable statutory limit | _____ |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No
   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☑ No
      ☐ Yes

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | MICHELLEI | CEPHUS |
| | First Name    Middle Name | Last Name |
| Debtor 2 | | |
| (Spouse, if filing) | First Name    Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of Georgia

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   - ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

## Part 1:    List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>if any |
|---|---|---|---|---|

**2.1**

WHITEHALL HOMEOWNER'S & RECREATION ASSOCIATION INC
Creditor's Name

PO BOX 700
Number    Street

ROSWELL        GA    30077
City            State    ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Date debt was incurred 11/17/2022

**Describe the property that secures the claim:**

SINGLE FAMILY RESIDENCE

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Last 4 digits of account number 3239

$ 1,232.69    $ 289,500.00    $

**2.2**

FREEDOM MORTGAGE
Creditor's Name

951 YAMATO ROAD
Number    Street

BOCA RATON        FL    33431
City            State    ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Describe the property that secures the claim:**

SINGLE FAMILY HOME

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

$ 22,514.68    $ 289,500.00    $

Debtor 1   MICHELLEI      CEPHUS      Case number (*if known*) _____

First Name    Middle Name    Last Name

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|---|

Date debt was incurred 07/12/2024     Last 4 digits of account number   6813

**2.3**

SECRETARY OF HOUSING AND URBAN DEVELOPMENT
Creditor's Name

451 SEVENTH STREET SW
Number    Street


WASHINGTON    DC    20410
City     State     ZIP Code

**Who owes the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

Date debt was incurred 07/20/2023

**Describe the property that secures the claim:**

SINGLE FAMILY HOME

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset)

Last 4 digits of account number   9167

Column A: $   44,230.58    Column B: $   289,500.00    Column C: $

| | | | |
|---|---|---|---|
| | Column A dollar value totals from all pages. | $   67,977.95 | |

Debtor 1  MICHELLEI _____ CEPHUS _____  Case number (*if known*) _____
        First Name      Middle Name      Last Name

---

**Part 2:**   **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| | |
|---|---|
| PDQ SERVICES INC | On which line in Part 1 did you enter the creditor? _____ |
| Name | |
| PO BOX 2109 | Last 4 digits of account number _____ |
| Number     Street | |
| WOODSTOCK          GA          30188 | |
| City                        State      ZIP Code | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | MICHELLEI | | CEPHUS |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Northern District of Georgia | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1: List All of Your PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims against you?**
☐ No. Go to Part 2.
☑ Yes.

**2. List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| **2.1** | INTERNAL REVENUE SERVICE | Last 4 digits of account number 9918 | $ 83,347.66 | $ 83,347.66 | $ |
| | Priority Creditor's Name | When was the debt incurred? 04/13/2022 | | | |
| | Number    Street | | | | |
| | KANSAS CITY    MO    64999 | As of the date you file, the claim is: Check all that apply | | | |
| | City    State    ZIP Code | ☐ Contingent | | | |
| | **Who incurred the debt? Check one.** | ☐ Unliquidated | | | |
| | ☑ Debtor 1 only | ☐ Disputed | | | |
| | ☐ Debtor 2 only | **Type of PRIORITY unsecured claim:** | | | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Domestic support obligations | | | |
| | ☐ At least one of the debtors and another | ☑ Taxes and certain other debts you owe the government | | | |
| | ☐ Check if this claim is for a community debt | ☐ Claims for death or personal injury while you were intoxicated | | | |
| | **Is the claim subject to offset?** | ☐ Other. Specify _____ | | | |
| | ☑ No | | | | |
| | ☐ Yes | | | | |

Debtor 1    MICHELLEI _____ CEPHUS _____                    Case number (if known) _____
           First Name    Middle Name    Last Name

---

**Part 2:    List ALL of Your NONPRIORITY Unsecured Claims**

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | **Total claim** |
|---|---|---|

**4.1** AMERICAN EXPRESS                     Last 4 digits of account number  1353          $   1,370.00
Nonpriority Creditor's Name

PO BOX 981537                        When was the debt incurred?  09/2013
Number    Street

EL PASO                    TX     79998     **As of the date you file, the claim is:** Check all that apply
City                       State  ZIP Code

**Who incurred the debt? Check one.**           ☐ Contingent
                                               ☐ Unliquidated
☑ Debtor 1 only                                ☐ Disputed
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only               **Type of NONPRIORITY unsecured claim:**
☐ At least one of the debtors and another      ☐ Student loans
                                               ☐ Obligations arising out of a separation agreement or divorce
☐ Check if this claim is for a community debt     that you did not report as priority claims
                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
**Is the claim subject to offset?**             ☐ Other. Specify _____
☑ No
☐ Yes

---

**4.2** BARCLAYS BANK OF DELEWARE              Last 4 digits of account number  _____      $  28,653.00
Nonpriority Creditor's Name

700 PRIDES XING                      When was the debt incurred?  09/2014
Number    Street

NEWARK                     DE     19713     **As of the date you file, the claim is:** Check all that apply
City                       State  ZIP Code

**Who incurred the debt? Check one.**           ☐ Contingent
                                               ☐ Unliquidated
☑ Debtor 1 only                                ☐ Disputed
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only               **Type of NONPRIORITY unsecured claim:**
☐ At least one of the debtors and another      ☐ Student loans
                                               ☐ Obligations arising out of a separation agreement or divorce
☐ Check if this claim is for a community debt     that you did not report as priority claims
                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
**Is the claim subject to offset?**             ☐ Other. Specify _____
☑ No
☐ Yes

---

**4.3** AFFIRM INC                             Last 4 digits of account number  _____      $     159.00
Nonpriority Creditor's Name

650 CALIFORNIA ST                    When was the debt incurred?  03/08/2019
Number    Street

FL 12

SAN FRANCISCO              CA     94108     **As of the date you file, the claim is:** Check all that apply
City                       State  ZIP Code

---

Debtor 1    MICHELLEI                          CEPHUS                                    Case number (*if known*) _____
   First Name        Middle Name        Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth.          **Total claim**

**Who incurred the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify _____

_____

---

**4.4**  AVANT LLC/WEB BANK
Nonpriority Creditor's Name

222 W MERCHANDISE MART PLAZA
Number   Street

900

CHICAGO                    IL        60654
City                       State     ZIP Code

**Who incurred the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number _____          $   1,009.00

**When was the debt incurred?**  12/27/2023

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify _____

_____

---

**4.5**  1ST PROGRESS
Nonpriority Creditor's Name

PO BOX 9053
Number   Street

JOHNSON CITY               TN        37615
City                       State     ZIP Code

**Who incurred the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Last 4 digits of account number _____          $     358.00

**When was the debt incurred?**  06/21/2021

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify _____

---

**4.6**  BANK OF AMERICA
Nonpriority Creditor's Name

Last 4 digits of account number _____          $   8,487.00

Debtor 1   MICHELLEI                  CEPHUS                          Case number (*if known*) _____
          First Name    Middle Name    Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |

After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth.      **Total claim**

PO BOX 982238
Number   Street

When was the debt incurred?  05/31/2019

EL PASO                    TX        79998
City                       State     ZIP Code

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.7 | CITIBANK | | Last 4 digits of account number _____ | $ 12,344.00 |

Nonpriority Creditor's Name

PO BOX 183037
Number   Street

When was the debt incurred?  02/10/2019

COLOMBUS                   OH        43218
City                       State     ZIP Code

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.8 | CAPITAL ONE AUTO FINANCE | | Last 4 digits of account number 0813 | $ 34,783.06 |

Nonpriority Creditor's Name

PO BOX 259407
Number   Street

When was the debt incurred?  01/12/2019

PLANO                      TX        75024
City                       State     ZIP Code

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Is the claim subject to offset?**

☑ No

---

Official Form 106E/F              Schedule E/F: Creditors Who Have Unsecured Claims                    page 4 of 20

Debtor 1    MICHELLEI _____ CEPHUS _____    Case number (if known) _____
　　　　　First Name　　Middle Name　　　Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |

After listing any entries on this page, number them beginning with 4., followed by 4.5, and so forth.    **Total claim**

☐ Yes    _____

---

**4.9**　CAPITAL ONE
Nonpriority Creditor's Name
PO BOX 30285
Number　Street

SALT LAKE CITY　　UT　　84130
City　　　　　　State　ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** 09/2014

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

$　7,100.00

---

**4.10**　COMENITY BANK
Nonpriority Creditor's Name
PO BOX 182273
Number　Street

COLUMBUS　　GA　　43218
City　　　　　State　ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** 10/2014

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

$　650.00

---

**4.11**　LEXUS FINANCIAL
Nonpriority Creditor's Name
12735 MORRIS RD EXT A
Number　Street

ALPHARETTA　　GA　　30004
City　　　　　　State　ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Last 4 digits of account number** _____

**When was the debt incurred?** 11/2014

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

$　21,458.00

---

Debtor 1    MICHELLEI                          CEPHUS                                    Case number (*if known*) _____
_____
First Name        Middle Name        Last Name

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** | |
|---|---|---|

After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth. | **Total claim**

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**4.12** | SANTANDER CONSUMER USA | Last 4 digits of account number _____ | $ 25,729.00
Nonpriority Creditor's Name

5201 RUFE SNOW DR | When was the debt incurred?  08/2014
Number    Street

NORTH RICHLAND HILLS        TX      76180
City                            State    ZIP Code

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.13** | SYNCHRONY BANK CARE CREDIT | Last 4 digits of account number _____ | $ 2,023.00
Nonpriority Creditor's Name

PO BOX 965036 | When was the debt incurred?  10/2014
Number    Street

ORLANDO                        FL
City                            State    ZIP Code

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.14** | SYNCHRONY GAP CC | Last 4 digits of account number _____ | $ 527.00
Nonpriority Creditor's Name

PO BOX 965005 | When was the debt incurred?  08/2015
Number    Street

ORLANDO                        FL      32896
City                            State    ZIP Code

**As of the date you file, the claim is:** Check all that apply
☐ Contingent

**Who incurred the debt?** Check one.

---

| Debtor 1 | MICHELLE I | | CEPHUS | | Case number *(if known)* | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

## Part 2:    Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4., followed by 4.5, and so forth.

**Total claim**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**4.15**   SYNCHRONY OLD NAVY
Nonpriority Creditor's Name

PO BOX 965005
Number    Street

ORLANDO          FL     32896
City              State   ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** 09/2014

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

$   1,426.00

---

**4.16**   SYNCHRONY SLEEP NUMBER
Nonpriority Creditor's Name

PO BOX 965036
Number    Street

ORLANDO          FL     32896
City              State   ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** 09/2015

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

$   2,500.00

---

**4.17**   SYNCHRONY TJ/X
Nonpriority Creditor's Name

PO BOX 965005
Number    Street

**Last 4 digits of account number** _____

$   2,500.00

Debtor 1    MICHELLEI            CEPHUS                                    Case number (if known) _____
            First Name    Middle Name    Last Name

| Part 2: | **Your NONPRIORITY Unsecured Claims - Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4., followed by 4.5, and so forth.            **Total claim**

When was the debt incurred?  12/2014

ORLANDO                FL        32896
City                    State    ZIP Code

Who incurred the debt? Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify _____

---

| 4.18 | WELLS FARGO BANK | Last 4 digits of account number _____ | $ 566.00 |
|---|---|---|---|

Nonpriority Creditor's Name

PO BOX 14517
Number    Street

When was the debt incurred?  12/2012

DES MOINES            IA        50306
City                    State    ZIP Code

Who incurred the debt? Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify _____

---

| 4.19 | WELLS FARGO CARD SERVICES | Last 4 digits of account number _____ | $ 2,500.00 |
|---|---|---|---|

Nonpriority Creditor's Name

PO BOX 14517
Number    Street

When was the debt incurred?  09/2014

DES MOINES            IA        50306
City                    State    ZIP Code

Who incurred the debt? Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify _____

Debtor 1   MICHELLEI _____ CEPHUS _____   Case number (*if known*) _____
      First Name     Middle Name     Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4., followed by 4.5, and so forth.          **Total claim**

☐ Yes _____

---

**4.20** | MATTRESS FIRM
Nonpriority Creditor's Name

800 WALNUT STREET
Number   Street

DES MOINES                IA        50309
City                     State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** _____          $ 3,800.00

**When was the debt incurred?** 09/2014

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**4.21** | CB INDIGO/CCI
Nonpriority Creditor's Name

PO BOX 4499
Number   Street

BEAVERTON                OR        97076
City                     State     ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____          $ 680.00

**When was the debt incurred?** 07/16/2023

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**4.22** | DISCOVER BANK
Nonpriority Creditor's Name

PO BOX 30939
Number   Street

SALT LAKE CITY           UT        84130
City                     State     ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Last 4 digits of account number** 9736          $ 4,071.00

**When was the debt incurred?** 06/18/2021

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

---

Debtor 1    MICHELLEI                    CEPHUS                              Case number *(if known)* _____
            First Name    Middle Name    Last Name

---

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth.          **Total claim**

☐ **Check if this claim is for a community debt**          ☐ Obligations arising out of a separation agreement or divorce
                                                              that you did not report as priority claims
**Is the claim subject to offset?**                        ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ No                                                       ☐ Other. Specify
☐ Yes                                                      _____

---

**4.23**

DISCOVER BANK                              Last 4 digits of account number  2609              $   1,910.51
Nonpriority Creditor's Name

PO BOX 30416                               When was the debt incurred?  07/13/2022
Number    Street

SALT LAKE CITY          UT    84130        **As of the date you file, the claim is: Check all that apply**
City                    State  ZIP Code
                                           ☐ Contingent
**Who incurred the debt? Check one.**       ☐ Unliquidated
☑ Debtor 1 only                            ☐ Disputed
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only               **Type of NONPRIORITY unsecured claim:**
☐ At least one of the debtors and another  ☐ Student loans
                                           ☐ Obligations arising out of a separation agreement or divorce
☐ **Check if this claim is for a community debt**    that you did not report as priority claims
                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
**Is the claim subject to offset?**         ☐ Other. Specify
☑ No
☐ Yes                                      _____

---

**4.24**

WELLSTAR NORTH FULTON                      Last 4 digits of account number  1556              $    204.06
Nonpriority Creditor's Name

3000 HOSPITAL BLVD                         When was the debt incurred?  08/26/2023
Number    Street

ROSWELL                 GA    30076        **As of the date you file, the claim is: Check all that apply**
City                    State  ZIP Code
                                           ☐ Contingent
**Who incurred the debt? Check one.**       ☐ Unliquidated
☑ Debtor 1 only                            ☐ Disputed
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only               **Type of NONPRIORITY unsecured claim:**
☐ At least one of the debtors and another  ☐ Student loans
                                           ☐ Obligations arising out of a separation agreement or divorce
☐ **Check if this claim is for a community debt**    that you did not report as priority claims
                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
**Is the claim subject to offset?**         ☑ Other. Specify
☑ No
☐ Yes                                      MEDICAL

---

**4.25**

WELLSTAR                                   Last 4 digits of account number  9202              $    605.64
Nonpriority Creditor's Name

3000 HOSPITAL BLVD                         When was the debt incurred?  01/30/2024
Number    Street

ROSWELL                 GA    30076        **As of the date you file, the claim is: Check all that apply**
City                    State  ZIP Code
                                           ☐ Contingent
**Who incurred the debt? Check one.**

| Debtor 1 | MICHELLEI | | CEPHUS | | Case number (*if known*) | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

## Part 2:    Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth.          **Total claim**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

| 4.26 | EMORY ST JOSEPH | Last 4 digits of account number  0406 | $  234.75 |
|---|---|---|---|

Nonpriority Creditor's Name

5665 PEACHTREE DUNWOODY RD
Number    Street

When was the debt incurred?  09/03/2023

| ATLANTA | GA | 30342 |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

| 4.27 | GEORGIA POWER | Last 4 digits of account number  7056 | $  930.06 |
|---|---|---|---|

Nonpriority Creditor's Name

241 RALPH MCGILL BLVD
Number    Street

When was the debt incurred?  12/2021

| ATLANTA | GA | 30308 |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

| 4.28 | GEORGIA POWER | Last 4 digits of account number  7047 | $  37.00 |
|---|---|---|---|

Nonpriority Creditor's Name

241 RALPH MCGILL BLVD
Number    Street

---

Debtor 1    MICHELLEI _____ CEPHUS _____    Case number (*if known*) _____
    First Name    Middle Name    Last Name

**Part 2:**  **Your NONPRIORITY Unsecured Claims - Continuation Page**

After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth.    **Total claim**

When was the debt incurred?  12/2021

ATALNTA      GA      30308
City      State      ZIP Code

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.29** | NAVY FEDERAL CREDIT UNION
Nonpriority Creditor's Name

PO BOX 3700
Number   Street

Last 4 digits of account number _____    $ 21,746.00

When was the debt incurred?  11/2013

MERRIFIELD      VA      22119
City      State      ZIP Code

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.30** | KINECTA FEDERAL CREDIT UNION
Nonpriority Creditor's Name

1440 ROSECRANS AVE
Number   Street

Last 4 digits of account number _____    $ 2,144.00

When was the debt incurred?  03/14/2013

MANHATTEN BEACH      CA      90266
City      State      ZIP Code

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Is the claim subject to offset?**
☐ No

---

| Debtor 1 | MICHELLEI | | CEPHUS | Case number (*if known*) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4., followed by 4.5, and so forth.                    **Total claim**

☐ Yes    _____

---

**4.31**    COMERICA BANK
Nonpriority Creditor's Name

39200 WEST 6 MILE ROAD
Number    Street

DETROIT                MI        48275
City                      State      ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____     $    4,500.00

**When was the debt incurred?**  03/11/2014

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**4.32**    CARMAX AUTO FINANCIE
Nonpriority Creditor's Name

255 CHASTAIN MEADOWS CT
Number    Street

KENNESAW              GA        30144
City                      State      ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____     $    7,601.00

**When was the debt incurred?**  02/01/2013

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**4.33**    FIRST CITY CREDIT UNION
Nonpriority Creditor's Name

PO BOX 93727
Number    Street

PASADENA              CA        91109
City                      State      ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Last 4 digits of account number  _____     $   11,575.00

**When was the debt incurred?**  11/01/2013

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

---

Debtor 1    MICHELLEI                    CEPHUS                                    Case number (if known) _____
           First Name     Middle Name      Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth.    **Total claim**

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

_____

| 4.34 | MACYS/DSNB | Last 4 digits of account number _____ | $ 700.00 |

Nonpriority Creditor's Name

151 WEST 34TH STREET
Number   Street                              When was the debt incurred?  09/01/2014

NEW YORK                    NY        10001
City                        State    ZIP Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

_____

| 4.35 | NAVY FEDERAL CREDIT UNION | Last 4 digits of account number _____ | $ 29,816.00 |

Nonpriority Creditor's Name

                                            When was the debt incurred?  11/01/2013
Number   Street

City                        State    ZIP Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

_____

| 4.36 | US BANK | Last 4 digits of account number _____ | $ 2,800.00 |

Nonpriority Creditor's Name

PO BOX 790408                              When was the debt incurred?  08/01/2014
Number   Street

ST LOUIS                    MO        63179
City                        State    ZIP Code

Who incurred the debt? Check one.

**As of the date you file, the claim is: Check all that apply**
☐ Contingent

Debtor 1    MICHELLE.I                    CEPHUS                              Case number (*if known*) _____
            First Name      Middle Name      Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** | |
|---|---|---|

After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth. **Total claim**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**4.37**  DELTA COMMUNITY CREDIT
Nonpriority Creditor's Name
3300 RIVERWOOD PARKWAY SUITE
Number   Street
100
ATLANTA              GA      30339
City                 State   ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred?  10/2019

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

$ 5,400.00

---

**4.38**  TARGET
Nonpriority Creditor's Name
PO BOX 9475
Number   Street

MINNEAPOLIS          MN      55440
City                 State   ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  9984

When was the debt incurred?  09/2013

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

$ 1,800.00

---

**4.39**  CHARLES SCHWAB
Nonpriority Creditor's Name
PO BOX 982600
Number   Street

Last 4 digits of account number  1032

$ 2,199.00

---

Debtor 1    MICHELLEI _____ CEPHUS _____    Case number (*if known*) _____
              First Name    Middle Name    Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth.    **Total claim**

When was the debt incurred?  10/2016

| EL PASO | TX | 79998-2600 |
|---|---|---|
| City | State | ZIP Code |

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

Is the claim subject to offset?

☑ No
☐ Yes

---

**4.40**  IQ DATA INTERNATIONAL
Nonpriority Creditor's Name

1010 SE EVERETT MALL WAY
Number    Street

100

| EVERETT | WA | 98208 |
|---|---|---|
| City | State | ZIP Code |

Last 4 digits of account number  8668        $  11,011.00

When was the debt incurred?  12/26/2019

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

Is the claim subject to offset?

☑ No
☐ Yes

---

**4.41**  RESURGENT/LVNV FUNDING
Nonpriority Creditor's Name

PO BOX 1269
Number    Street

| GREENVILLE | SC | 29602 |
|---|---|---|
| City | State | ZIP Code |

Last 4 digits of account number        $  885.00

When was the debt incurred?  10/30/2024

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

Is the claim subject to offset?

☑ No

---

Debtor 1  MICHELLEI                    CEPHUS                          Case number (*if known*) _____
         First Name    Middle Name    Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---------|----------------------------------------------------|

After listing any entries on this page, number them beginning with 4., followed by 4.5, and so forth.    **Total claim**

☐ Yes    _____

---

**4.42**  MERRICK BANK
          Nonpriority Creditor's Name

          PO BOX 9201
          Number   Street

          OLD BETHPAGE          NY        11804
          City                  State     ZIP Code

          **Who incurred the debt? Check one.**
          ☑ Debtor 1 only
          ☐ Debtor 2 only
          ☐ Debtor 1 and Debtor 2 only
          ☐ At least one of the debtors and another

          ☐ **Check if this claim is for a community debt**

          **Is the claim subject to offset?**
          ☑ No
          ☐ Yes

Last 4 digits of account number _____

When was the debt incurred?  05/28/2023

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

$  2,629.00

---

**4.43**  NORDSTROM/TD BANK
          Nonpriority Creditor's Name

          13531 E CALEY AVE
          Number   Street

          ENGLEWOOD             CO        80111
          City                  State     ZIP Code

          **Who incurred the debt? Check one.**
          ☑ Debtor 1 only
          ☐ Debtor 2 only
          ☐ Debtor 1 and Debtor 2 only
          ☐ At least one of the debtors and another

          ☐ **Check if this claim is for a community debt**

          **Is the claim subject to offset?**
          ☑ No
          ☐ Yes

Last 4 digits of account number  9744

When was the debt incurred?  09/26/2023

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

$  8,573.00

---

**4.44**  CREDIT ONE BANK
          Nonpriority Creditor's Name

          PO BOX 1269
          Number   Street

          GREENVILLE            SC        29602
          City                  State     ZIP Code

          **Who incurred the debt? Check one.**
          ☑ Debtor 1 only
          ☐ Debtor 2 only
          ☐ Debtor 1 and Debtor 2 only
          ☐ At least one of the debtors and another

Last 4 digits of account number  0926

When was the debt incurred?  08/20/2024

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

$  1,241.00

---

Debtor 1    MICHELLEI                    CEPHUS                           Case number (*if known*) _____
    First Name   Middle Name   Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4., followed by 4.5, and so forth.   **Total claim**

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**4.45**

CREDIT ONE BANK
Nonpriority Creditor's Name

PO BOX 60500
Number     Street

CITY OF INDUSTRY   CA  91716
City      State  ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  0386

When was the debt incurred?  08/20/2024

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

$ 858.00

---

**4.46**

WEBBANK/ONEMAIN FINANCIAL
Nonpriority Creditor's Name

PO BOX 3316
Number     Street

EVANSVILLE   IN  47732
City     State  ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  5397

When was the debt incurred?  05/27/2023

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

$ 8,407.00

---

Debtor 1    MICHELLEI                    CEPHUS                                    Case number (*if known*) _____

    First Name           Middle Name           Last Name

---

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

PDQ SERVICES INC

Name

PO BOX 2109

Number    Street

WOODSTOCK          GA      30188

City           State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims

                             ☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____ 0295

---

Debtor 1   MICHELLEI _____ CEPHUS _____   Case number (*if known*) _____
          First Name  Middle Name  Last Name

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
| --- | --- |

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   **Add the amounts for each type of unsecured claim.**

|  |  | Total claim |
| --- | --- | --- |
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. $ 0.00 |
|  | 6b. **Taxes and certain other debts you owe the government** | 6b. $ 83,347.66 |
|  | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. $ 0.00 |
|  | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + $ 0.00 |
|  | 6e. **Total.** Add lines 6a through 6d. | 6e. $ 83,347.66 |

|  |  | Total claim |
| --- | --- | --- |
| **Total claims from Part 2** | 6f. **Student loans** | 6f. $ 0.00 |
|  | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ 0.00 |
|  | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ 0.00 |
|  | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $ 290,500.08 |
|  | 6j. **Total.** Add lines 6f through 6i. | 6j. $ 290,500.08 |

| Fill in this information to identify your case: |
|---|

| Debtor 1 | MICHELLEI | | CEPHUS | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 (Spouse, if filing) | | | | |
| | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the: | Northern District of Georgia | | | |
| Case number (If known) | | | | |

☐ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | | | State what the contract or lease is for |
|---|---|---|---|---|
| 2.1 | EXTRA SPACE STORAGE | | | 3 STORAGE UNITS |
| | Name | | | |
| | 1115 HOPE ROAD | | | |
| | Number    Street | | | |
| | SANDY SPRINGS | GA | 30350 | |
| | City | State | ZIP Code | |
| 2.2 | LC OPTIMIST LLC | | | RENTAL LEASE |
| | Name | | | |
| | 2115 PIEDMONT RD NE | | | |
| | Number    Street | | | |
| | ATLANTA | GA | 30324 | |
| | City | State | ZIP Code | |

**Fill in this information to identify your case:**

| Debtor 1 | MICHELLEI | | CEPHUS |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Northern District of Georgia | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106H

# Schedule H: Your Codebtors
12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☑ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No
   ☐ Yes. In which community state or territory did you live? _____ . Fill in the name and current address of that person.

   _____
   Name of your spouse, former spouse, or legal equivalent

   _____
   Number      Street

   _____

   _____
   City                    State        ZIP Code

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

| *Column 1:* Your codebtor | *Column 2:* The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| ____<br>Name _____ | ☐ Schedule D, line ____ |
| Number    Street _____ | ☐ Schedule E/F, line ____ |
| _____ | ☐ Schedule G, line ____ |
| City                State    ZIP Code | |

**Fill in this information to identify your case:**

| Debtor 1 | MICHELLEI | | CEPHUS |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Northern District of Georgia | | |
| Case number (If known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Employment

**1. Fill in your employment information.**

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| If you have more than one job, attach a separate page with information about additional employers. Include part-time, seasonal, or self-employed work. Occupation may Include student or homemaker, if it applies | **Employment Status** | ☐ Employed  ☑ Not employed | ☐ Employed  ☐ Not employed |
| | **Occupation** | | |
| | **Employer's name** | | |
| | **Employer's address** | Number   Street | Number   Street |
| | | City          State   Zip Code | City          State   Zip Code |
| | **How long employed there?** | | |

| Debtor 1 | MICHELLEI | | CEPHUS | | Case number (*if known*) | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

---

| **Part 2:** | **Give Details About Monthly Income** |
|---|---|

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ _____ | $ _____ |
| 3. | Estimate and list monthly overtime pay. | 3. | + $ _____ | + $ _____ |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ _____ | $ _____ |
| | Copy line 4 here ..................................................................➔ | 4. | $ _____ | $ _____ |
| 5. | List all payroll deductions: | | | |
| | 5a. Tax, Medicare, and Social Security deductions | 5a. | $ _____ | $ _____ |
| | 5b. Mandatory contributions for retirement plans | 5b. | $ _____ | $ _____ |
| | 5c. Voluntary contributions for retirement plans | 5c. | $ _____ | $ _____ |
| | 5d. Required repayments of retirement fund loans | 5d. | $ _____ | $ _____ |
| | 5e. Insurance | 5e. | $ _____ | $ _____ |
| | 5f. Domestic support obligations | 5f. | $ _____ | $ _____ |
| | 5g. Union dues | 5g. | $ _____ | $ _____ |
| | 5h. Other deductions. Specify: _____ | 5h. | + $ _____ | + $ _____ |
| | _____ | 5h. | + $ _____ | + $ _____ |
| 6. | Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ _____ | $ _____ |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ _____ | $ _____ |
| 8. | List all other income regularly received: | | | |
| | 8a. Net income from rental property and from operating business, profession, or farm | | | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ ____0.00 | $ _____ |
| | 8b. Interest and dividends | 8b. | $ ____0.00 | $ _____ |
| | 8c. Family support payment that you, a non-filing spouse, or a dependent regularly receive | | | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ ____0.00 | $ _____ |
| | 8d. Unemployment compensation | 8d. | $ ____0.00 | $ _____ |

---

Debtor 1   MICHELLEI                  CEPHUS                                    Case number (*if known*) _____
      First Name      Middle Name      Last Name

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8e. | **Social Security** | 8e. $ 0.00 | $ _____ |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | |
| | Specify: FOOD STAMPS | 8f. $ 563.00 | $ _____ |
| | _____ | 8f. $ _____ | $ _____ |
| 8g. | **Pension or retirement income** | 8g. $ 0.00 | $ _____ |
| 8h. | **Other monthly income.** Specify: _____ | 8h. + $ 0.00 | + $ _____ |
| | _____ | 8h. + $ _____ | + $ _____ |
| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. $ 563.00 | $ _____ |
| 10. | **Calculate monthly income. Add line 7 + line 9.** Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. $ 563.00 + | $ _____ = $ 563.00 |

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: _____    11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies    12. $ 563.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No.
☑ Yes. Explain: INCREASE DUE TO OBTAINING EMPLOYMENT

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | MICHELLEI | | CEPHUS |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Northern District of Georgia | | |
| Case number (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.

   ☐ Yes. Does Debtor 2 live in a separate household?

       ☐ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No

   ☑ Yes. Fill out this information for each dependent .....................

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | | | ☐ No |
   | | | ☑ Yes |
   | DAUGHTER | 11 | |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No

   ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | | Your expenses |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $ 2,605.00 |
| | If not included in line 4: | | |
| 4a. | Real estate taxes | 4a. | $ |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | $ 3,298.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | $ 390.00 |
| 4d. | Homeowner's association or condominium dues | 4d. | $ 68.00 |
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. | $ |
| 6. | Utilities: | | |
| 6a. | Electricity, heat, natural gas | 6a. | $ 140.00 |

Debtor 1    MICHELLEI            CEPHUS                                Case number (*if known*) _____

First Name        Middle Name        Last Name

| | | | Your expenses |
|---|---|---|---|
| 6b. | Water, sewer, garbage collection | 6b. | $ 75.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 489.00 |
| 6d. | Other Specify: ALARM AND SECURITY SYSTEM | 6d. | $ 217.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ 855.00 |
| 8. | **Childcare and children's education costs** | 8. | $ 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ 240.00 |
| 10. | **Personal care products and services** | 10. | $ 225.00 |
| 11. | **Medical and dental expenses** | 11. | $ 81.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 180.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 250.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20 | | |
| 15a. | Life insurance | 15a. | $ 48.00 |
| 15b. | Health insurance | 15b. | $ |
| 15c. | Vehicle insurance | 15c. | $ |
| 15d. | Other. Specify: | 15d. | $ |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: TAXES OWED TO THE IRS FOR 2021 TAX RETURN. | 16. | $ 65,000.00 |
| 17. | **Installment or lease payments:** | | |
| 17a. | Car payments for Vehicle 1 | 17a. | $ 0.00 |
| 17b. | Car payments for Vehicle 2 | 17b. | $ 0.00 |
| 17c. | Other. Specify: | 17c. | $ |
| 17d. | Other. Specify: | 17d. | $ |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | $ |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| 20a. | Mortgages on other property | 20a. | $ |
| 20b. | Real estate taxes | 20b. | $ |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | $ |

Debtor 1   MICHELLEI                    CEPHUS                          Case number (*if known*) _____
           First Name   Middle Name   Last Name

| | Your expenses |
|---|---|

| | | |
|---|---|---|
| 20d. | Maintenance, repair, and upkeep expenses | 20d. $ _____ |
| 20e. | Homeowner's association or condominium dues | 20e. $ _____ |
| 21. | **Other.** Specify: _____ | 21. +$ _____ |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses.** | | |
| | 22a. Add lines 4 through 21. | 22a. | $ 74,161.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | 22b. | $ _____ |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | 22c. | $ 74,161.00 |

| | | | |
|---|---|---|---|
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 (*your combined monthly income*) from *Schedule I*. | 23a. | $ 563.00 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. | –$ 74,161.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. | $ 0.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

[✓] No.

[ ] Yes. Explain here:

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | MICHELLEI | CEPHUS |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of Georgia

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes.  Name of person _____ . *Attach Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _Michellei Cephus_      X _____
Signature of Debtor 1              Signature of Debtor 2

Date 01/22/2025                Date _____
    MM / DD / YYYY                  MM / DD / YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | MICHELLEI | | CEPHUS |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Northern District of Georgia | | |
| Case number | | | |
| (If known) | | | |

☐ Check if this is an
amended filing

## Official Form 106Sum

### Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

| Part 1: | Summarize Your Assets |
|---|---|

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)

   1a. Copy line 55, Total real estate, from *Schedule A/B* ............................................................ $ _____

   1b. Copy line 62, Total personal property, from *Schedule A/B* ................................................. $  13,750.00

   1c. Copy line 63, Total of all property on *Schedule A/B* .......................................................... $  13,750.00

| Part 2: | Summarize Your Liabilities |
|---|---|

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)

   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* ........ $  67,977.95

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)

   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ............................... $  83,347.66

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ............................ + $  290,500.08

   **Your total liabilities** $  441,825.69

| Part 3: | Summarize Your Income and Expenses |
|---|---|

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* ............................................. $  563.00

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J* ....................................................... $  74,161.00

| Debtor 1 | MICHELLEI | CEPHUS | | Case number (*if known*) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 4:**   **Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

   | | |
   |---|---|
   | $ | 0.00 |

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

   | | Total claim |
   |---|---|
   | **From Part 4 on *Schedule E/F,* copy the following:** | |
   | 9a. Domestic support obligations (Copy line 6a.) | $   0.00 |
   | 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $   83,347.66 |
   | 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $   0.00 |
   | 9d. Student loans. (Copy line 6f.) | $   0.00 |
   | 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $   0.00 |
   | 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $   0.00 |
   | 9g. **Total.** Add lines 9a through 9f. | $   83,347.66 |

---

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|

**Fill in this information to identify your case:**

Debtor 1    MICHELLEI        CEPHUS
First Name     Middle Name     Last Name

Debtor 2
(Spouse, if filing)
First Name     Middle Name     Last Name

United States Bankruptcy Court for the: Northern District of Georgia

Case number
(If known)

**Check one box only as directed in this form and in Form 122A-1Supp:**

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A–1

# Chapter 7 Statement of Your Current Monthly Income

12/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

### Part 1:    Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☑ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

        ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

        ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | $ _____ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ _____ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ _____ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | $ _____ | |
| Ordinary and necessary operating expenses | – $ 0.00 | – $ _____ | |
| Net monthly income from a business, profession, or farm | $ 0.00 | $ _____ | Copy here → $ 0.00    $ _____ |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | $ _____ | |
| Ordinary and necessary operating expenses | – $ 0.00 | – $ _____ | |
| Net monthly income from rental or other real property | $ 0.00 | $ _____ | Copy here → $ 0.00    $ _____ |

Debtor 1   MICHELLEI          CEPHUS                                    Case number (*if known*) _____

First Name        Middle Name        Last Name

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

**7. Interest, dividends, and royalties**   $ ___0.00___   $ _____

**8. Unemployment compensation**   $ ___0.00___   $ _____

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ........................ ↓

For you ........................................................... $ ____0.00____

For your spouse ............................................. $ _____

**9. Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.   $ ___0.00___   $ _____

**10. Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

_____   $ _____   $ _____

_____   $ _____   $ _____

Total amounts from separate pages, if any.   + $ ___0.00___   + $ _____

**11. Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.   $ ___0.00___  +  $ _____  =  $ ___0.00___

Total current
monthly income

---

| **Part 2:** | **Determine Whether the Means Test Applies to You** |
|---|---|

**12. Calculate your current monthly income for the year.** Follow these steps:

12a.   Copy your total current monthly income from line 11. ................................................... Copy line 11 here ➔   $ ___0.00___

Multiply by 12 (the number of months in a year).   x 12

12b.   The result is your annual income for this part of the form.   12b.   $ ___0.00___

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.   GA

Fill in the number of people in your household.   2

Fill in the median family income for your state and size of household. ...............................................   13.   $ 78,980.00

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

---

| Debtor 1 | MICHELLEI | | CEPHUS | | Case number (*if known*) | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**14. How do the lines compare?**

14a. [✓] Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b. [ ] Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A–2.

| **Part 3:** | **Sign Below** |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X _Michellei Cephus_     X _____
   Signature of Debtor 1             Signature of Debtor 2

Date 01/22/2025           Date _____
    MM / DD / YYYY                 MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | MICHELLEI | | CEPHUS |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Northern District of Georgia | | |
| Case number | | | |
| (If known) | | | |

☐ Check if this is an amended filing

## Official Form 122A—1Supp

# Statement of Exemption from Presumption of Abuse Under § 707(b)(2) 12/15

File this supplement together with Chapter 7 Statement of Your Current Monthly Income (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

| **Part 1:** | **Identify the Kind of Debts You Have** |
|---|---|

1. **Are you debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).

   ☐ No.  Go to Form 122A-1; on the top of page 1 of that form, check box 1, There is no presumption of abuse, and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☑ Yes.  Go to Part 2.

| **Part 2:** | **Determine Whether Military Service Provisions Apply to You** |
|---|---|

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

   ☑ No.  Go to line 3.

   ☐ Yes.  Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

      ☐ No.  Go to line 3.

      ☐ Yes.  Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse*, and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☑ No. Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes. Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

      ☐ No. Complete Form 122A-1. Do not submit this supplement.

      ☐ Yes. Check any one of the following categories that applies:

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

         ☐ **I am performing a homeland defense activity for at least 90 days.**

         ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

      If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, The Means Test does not apply now, and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The exclusion period means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).

      If your exclusion period ends before your case is closed, you may have to file an amended form later.

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | MICHELLEI | | CEPHUS |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Northern District of Georgia | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7     12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

- creditors have claims secured by your property, or
- you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:     List Your Creditors Who Have Secured Claims**

1. **For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: FREEDOM MORTGAGE<br><br>Description of property securing debt: SINGLE FAMILY HOME | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br>_____ | ☐ No<br>☑ Yes |
| Creditor's name: SECRETARY OF HOUSING AND URBAN DEVELOPMENT<br><br>Description of property securing debt: SINGLE FAMILY HOME | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br>_____ | ☐ No<br>☑ Yes |
| Creditor's name: WHITEHALL HOMEOWNER'S & RECREATION ASSOCIATION INC<br><br>Description of property securing debt: SINGLE FAMILY RESIDENCE | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br>_____ | ☑ No<br>☐ Yes |

| Debtor 1 | MICHELLE I | | CEPHUS | | Case number (*if known*) _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| Part 2: | **List Your Unexpired Personal Property Leases** |
|---|---|

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: EXTRA SPACE STORAGE | ☐ No |
| Description of leased  3 STORAGE UNITS property: | ☑ Yes |
| Lessor's name: LC OPTIMIST LLC | ☐ No |
| Description of leased  RENTAL LEASE property: | ☑ Yes |

---

| Part 3: | **Sign Below** |
|---|---|

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X _~Michelle Cephus~_                              X _____
Signature of Debtor 1                                    Signature of Debtor 2

Date 01/22/2025                                          Date _____
　　 MM / DD / YYYY                                        　　 MM / DD / YYYY

**Fill in this information to identify your case:**

| Debtor 1 | MICHELLEI | | CEPHUS | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 (Spouse, if filing) | | | | |
| | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the: | Northern District of Georgia | | | |
| Case number (if known) | | | | |

# Mailing List

List contains the name and address of each entity included on Schedules D, E/F, G, H and Creditor Information.

WHITEHALL HOMEOWNER'S & RECREATION ASSOCIATION INC
PO BOX 700

ROSWELL                    GA      30077

FREEDOM MORTGAGE
951 YAMATO ROAD

BOCA RATON                 FL      33431

SECRETARY OF HOUSING AND URBAN DEVELOPMENT
451 SEVENTH STREET SW

WASHINGTON                 DC      20410

INTERNAL REVENUE SERVICE

KANSAS CITY                MO      64999

AMERICAN EXPRESS
PO BOX 981537

EL PASO                    TX      79998

BARCLAYS BANK OF DELEWARE
700 PRIDES XING

NEWARK                     DE      19713

AFFIRM INC
650 CALIFORNIA ST
FL 12
SAN FRANCISCO              CA      94108

AVANT LLC/WEB BANK
222 W MERCHANDISE MART PLAZA
900
CHICAGO                    IL      60654

| Debtor 1 | MICHELLEI | | CEPHUS | | Case number *(if known)* | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| | | |
|---|---|---|
| 1ST PROGRESS | | |
| PO BOX 9053 | | |
| JOHNSON CITY | TN | 37615 |
| BANK OF AMERICA | | |
| PO BOX 982238 | | |
| EL PASO | TX | 79998 |
| CITIBANK | | |
| PO BOX 183037 | | |
| COLOMBUS | OH | 43218 |
| CAPITAL ONE AUTO FINANCE | | |
| PO BOX 259407 | | |
| PLANO | TX | 75024 |
| CAPITAL ONE | | |
| PO BOX 30285 | | |
| SALT LAKE CITY | UT | 84130 |
| COMENITY BANK | | |
| PO BOX 182273 | | |
| COLUMBUS | GA | 43218 |
| LEXUS FINANCIAL | | |
| 12735 MORRIS RD EXT A | | |
| ALPHARETTA | GA | 30004 |
| SANTANDER CONSUMER USA | | |
| 5201 RUFE SNOW DR | | |
| NORTH RICHLAND HILLS | TX | 76180 |
| SYNCHRONY BANK CARE CREDIT | | |
| PO BOX 965036 | | |
| ORLANDO | FL | |
| SYNCHRONY GAP CC | | |
| PO BOX 965005 | | |
| ORLANDO | FL | 32896 |

Mailing List

Debtor 1  MICHELLEI                    CEPHUS                                    Case number (*if known*) _____
_____
First Name        Middle Name          Last Name

| | | |
|---|---|---|
| SYNCHRONY OLD NAVY | | |
| PO BOX 965005 | | |
| ORLANDO | FL | 32896 |
| SYNCHRONY SLEEP NUMBER | | |
| PO BOX 965036 | | |
| ORLANDO | FL | 32896 |
| SYNCHRONY TJ/X | | |
| PO BOX 965005 | | |
| ORLANDO | FL | 32896 |
| WELLS FARGO BANK | | |
| PO BOX 14517 | | |
| DES MOINES | IA | 50306 |
| WELLS FARGO CARD SERVICES | | |
| PO BOX 14517 | | |
| DES MOINES | IA | 50306 |
| MATTRESS FIRM | | |
| 800 WALNUT STREET | | |
| DES MOINES | IA | 50309 |
| CB INDIGO/CCI | | |
| PO BOX 4499 | | |
| BEAVERTON | OR | 97076 |
| DISCOVER BANK | | |
| PO BOX 30939 | | |
| SALT LAKE CITY | UT | 84130 |
| DISCOVER BANK | | |
| PO BOX 30416 | | |
| SALT LAKE CITY | UT | 84130 |
| WELLSTAR NORTH FULTON | | |
| 3000 HOSPITAL BLVD | | |
| ROSWELL | GA | 30076 |

| Debtor 1 | MICHELLEI | | CEPHUS | | Case number (*if known*) | |
| | First Name | Middle Name | Last Name | | | |

| | | | |
|---|---|---|---|
| WELLSTAR | | | |
| 3000 HOSPITAL BLVD | | | |
| ROSWELL | | GA | 30076 |
| EMORY ST JOSEPH | | | |
| 5665 PEACHTREE DUNWOODY RD | | | |
| ATLANTA | | GA | 30342 |
| GEORGIA POWER | | | |
| 241 RALPH MCGILL BLVD | | | |
| ATLANTA | | GA | 30308 |
| GEORGIA POWER | | | |
| 241 RALPH MCGILL BLVD | | | |
| ATALNTA | | GA | 30308 |
| NAVY FEDERAL CREDIT UNION | | | |
| PO BOX 3700 | | | |
| MERRIFIELD | | VA | 22119 |
| KINECTA FEDERAL CREDIT UNION | | | |
| 1440 ROSECRANS AVE | | | |
| MANHATTEN BEACH | | CA | 90266 |
| COMERICA BANK | | | |
| 39200 WEST 6 MILE ROAD | | | |
| DETROIT | | MI | 48275 |
| CARMAX AUTO FINANCIE | | | |
| 255 CHASTAIN MEADOWS CT | | | |
| KENNESAW | | GA | 30144 |
| FIRST CITY CREDIT UNION | | | |
| PO BOX 93727 | | | |
| PASADENA | | CA | 91109 |
| MACYS/DSNB | | | |
| 151 WEST 34TH STREET | | | |
| NEW YORK | | NY | 10001 |

Debtor 1    MICHELLEI                CEPHUS                                    Case number (*if known*)  _____
            First Name      Middle Name      Last Name

| NAVY FEDERAL CREDIT UNION | | |
| US BANK PO BOX 790408 | | |
| ST LOUIS | MO | 63179 |
| DELTA COMMUNITY CREDIT 3300 RIVERWOOD PARKWAY SUITE 100 | | |
| ATLANTA | GA | 30339 |
| TARGET PO BOX 9475 | | |
| MINNEAPOLIS | MN | 55440 |
| CHARLES SCHWAB PO BOX 982600 | | |
| EL PASO | TX | 79998-2600 |
| IQ DATA INTERNATIONAL 1010 SE EVERETT MALL WAY 100 | | |
| EVERETT | WA | 98208 |
| RESURGENT/LVNV FUNDING PO BOX 1269 | | |
| GREENVILLE | SC | 29602 |
| MERRICK BANK PO BOX 9201 | | |
| OLD BETHPAGE | NY | 11804 |
| NORDSTROM/TD BANK 13531 E CALEY AVE | | |
| ENGLEWOOD | CO | 80111 |
| CREDIT ONE BANK PO BOX 1269 | | |
| GREENVILLE | SC | 29602 |

Debtor 1   MICHELLEI                CEPHUS                          Case number (*if known*) _____

First Name        Middle Name      Last Name

CREDIT ONE BANK
PO BOX 60500

CITY OF INDUSTRY              CA      91716

WEBBANK/ONEMAIN FINANCIAL
PO BOX 3316

EVANSVILLE                    IN      47732

EXTRA SPACE STORAGE
1115 HOPE ROAD

SANDY SPRINGS                 GA      30350

LC OPTIMIST LLC
2115 PIEDMONT RD NE

ATLANTA                       GA      30324

PDQ SERVICES INC
PO BOX 2109

WOODSTOCK                     GA      30188

| Case Number: 25-50676 | Name: Cephus | Chapter:7   Division: Atlanta |
|---|---|---|

Please submit the following original documents to the Court for filing so that the case will proceed timely. **Failure to comply may result in the dismissal of your case.**

If filing bankruptcy without an attorney, please read the information regarding *Filing Bankruptcy without an Attorney* at: www.uscourts.gov/services-forms/bankruptcy/filing-without-attorney.

☒ Individual - Series 100 Forms          ☐ Non-Individual - Series 200 Forms

Official and Local Bankruptcy Forms are available on the Court's website at: www.ganb.uscourts.gov.

**MISSING DOCUMENTS DUE WITHIN 7 DAYS**
☐ Complete List of Creditors (names and addresses of all creditors)
☒ Pro Se Affidavit (signature must be **notarized,**
**or witnessed** by a Court Intake Clerk, accompanied by a picture I.D.)
☐ Signed Statement of SSN

**Petition Deficiencies:**
☐ Last 4 digits of SSN
☐ Address
☐ Statistical Estimates
☐ Other:

**MISSING DOCUMENTS DUE WITHIN 14 DAYS**
☐ Statement of Financial Affairs
☐ Schedules: A/B C D E/ F G H I J ☐ J-2 (*separate household of Debtor 2*)
☐ Summary of Assets and Liabilities
☐ Declaration About Debtor(s) Schedules
☐ Attorney Disclosure of Compensation
☐ Petition Preparer's Notice, Declaration and Signature (*Form 119*)
☐ Disclosure of Compensation of Petition Preparer (*Form 2800*)
☐ Chapter 13 Current Monthly Income
☐ Chapter 7 Current Monthly Income
☐ Chapter 11 Current Monthly Income
☒ Certificate of Credit Counseling (*Individuals only*)
☒ Pay Advices (*Individuals only*) (*2 Months*)
☐ Chapter 13 Plan, complete with signatures (***local form***)
☐ Corporate Resolution (*Non-Individual Ch. 7 & 11*)

**MISSING DOCUMENTS DUE WITHIN 30 DAYS**
☐ Statement of Intent – Ch.7 (*Individuals only*)

**Chapter 11**
☐ 20 Largest Unsecured Creditors
☐ List of Equity Security Holders
☐ Small Business - Balance Sheet
☐ Small Business - Statement of Operations
☐ Small Business - Cash Flow Statement
☐ Small Business - Federal Tax Returns

**Case filed via:**
☐ Intake Counter by:
  ☐ Attorney
  ☐ Debtor
  ☐ Other:
☐ Mailed by:
  ☐ Attorney
  ☐ Debtor
  ☐ Other:
☒ Email [Pursuant to Amended and Restated General Order 45-2021, this petition was received for filing via email]

**History of Case Association**
Prior cases within 5 years: None

Signature: _____
Acknowledgment of receipt of Deficiency Notice

Intake Clerk:   JWC        ID Verified☒  Date:1/22/25

**FILING FEE INFORMATION**
**Online Payment for Filing Fee** https://www.ganb.uscourts.gov/online-payments (not for chapter 13 plan payments)
☐ Paid $___0_____
☐ Pending Pay.Gov, Paid $_____
☒ IFP filed (Ch.7 Individuals Only)
☐ **2g-Order Granting** ☐ **3g-Order Granting 10-day** (initial payment of $_____ due within 10 days)
☐ **2d-Order Denying** with filing fee of $_____ due within **10 days**
☐ No Application to Pay in Installments, Order Regarding Unpaid Case Filing Fee.

You may mail documents and filing fee payments (no personal checks or cash accepted) to the address below.
**All fee payments and documents filed with the Court must show the debtor's name and bankruptcy case number.**
UNITED STATES BANKRUPTCY COURT
75 Ted Turner Drive, SW, Room 1340
Atlanta, Georgia 30303
404-215-1000